**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15-cr-0104 |
| | : | |
| Plaintiff, | : | Judge Black |
| | : | |
| v. | : | |
| | : | **ENTRY GRANTING DEFENDANT** |
| KYLE WADE (2), | : | **WADE'S UNOPPOSED AMENDED** |
| | : | **MOTION FOR PERMISSION TO** |
| Defendant. | : | **TRAVEL** |
| | : | |

This case is before the Court on Defendant Wade's Unopposed Amended Motion to Permit Travel. (Doc. 235). Neither the Government, nor Defendant's Pretrial Officer, object to the request. Accordingly, and for good cause shown, Defendant's motion to permit travel is hereby GRANTED. Specifically, Defendant is granted permission to travel outside of the Southern District of Ohio from September 17 through 21, 2022. All other conditions of Defendant's bond (Doc. 15) shall remain in effect. Additionally, prior to his trip, Defendant shall communicate all travel plans and provide a complete itinerary to his Pretrial Officer.

**IT IS SO ORDERED.**

Date:  8/26/2022

s/ Timothy S. Black
Timothy S. Black
United States District Judge